The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH ELIZABETH COFFELT,<br><br>Defendant. | No. CR17-102TSZ<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the interest of Defendant SARAH ELIZABETH COFFELT ("Defendant") in the following property:

- A money judgment in the amount of $755,378.26, representing the proceeds Defendant obtained as a result of *Wire Fraud* in violation of 18 U.S.C. § 1343.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion, FINDS:

///

///

Order of Forfeiture (*U.S. v. Coffelt*; CR17-102-TSZ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
206-553-7970

- Proceeds traceable to *Wire Fraud* (18 U.S.C. § 1343) are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(A), and 28 U.S.C. § 2461;
- In the Plea Agreement entered on April 10, 2017, the Defendant agreed to forfeit a money judgment reflecting the proceeds traceable to the charge of *Wire Fraud* (*see* Dkt. 6, ¶ 13); and
- Fed. R. Crim. P. 32.2(c)(1) provides "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

THEREFORE, THE COURT ORDERS:

1) Pursuant to her Plea Agreement, 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461, Defendant's interest in the above-listed money judgment is fully and finally forfeited, in its entirety, to the United States;

2) No right, title or interest in the money judgment exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this Order will become final as to Defendant at the time she is sentenced; it will be made part of the sentence; and, it will be included in the Judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the money judgment in whole or in part, the United States may move to amend this Order, at any time, to substitute property having a value not to exceed the sum of $755,378.26, as listed above; and,

5) This Court will retain jurisdiction in this case to enforce this Order.

///
///
///
///

The Clerk of Court is directed to serve a copy of this Order of Forfeiture on all parties of record.

DATED this 12th day of July, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

 /s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Telephone: (253) 428-3809
Fax: (253) 428-3826
E-Mail: Matthew.H.Thomas@usdoj.gov